UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA          :

       v.          :     Crim. No 3:02cr257 (CFD)

COURTNEY ASHLEY          :

                 :


GOVERNMENT'S MOTION FOR ORDER
TO DESTROY FIREARM


The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the following firearm:

> Remington .45 caliber handgun
> Serial number 790076
> and magazine with seven rounds of ammunition

The government submits the following in support of this motion:

1. The firearm has come into the possession of the FBI as evidence during the course of the now-resolved criminal case. The continued retention of the firearm in the New Haven Office poses an ever-increasing problem with regard to proper security for the firearm and the space available for other duties of this office.

2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

3.  The firearm in this case is either an illegal firearm per se, or if not illegal per se, was used in connection with a crime, or was not lawfully registered, or cannot be returned to the owner because of a felony conviction.

4.  The firearm was seized from Courtney Ashley's apartment during a consent search pursuant to his arrest on 9/04/02. Ashley pled guilty to one count of 21 U.S.C. Section 846 (Conspiracy to Possess With Intent to Distribute a Controlled Substance) and was sentenced to 135 months in prison on 5/07/03.

5.  I have discussed this matter with Courtney Ashley's attorney, Jose M. Rojas, and he has no objection to the destruction of the weapon.


Wherefore, the government respectfully requests that this Court, in the exercise of its general supervisory powers, issue an order authorizing the destruction of the firearm.


                        Respectfully submitted,

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY


                            /s/
                        RAYMOND F. MILLER
                        ASSISTANT UNITED STATES ATTORNEY
                        Federal Bar No. ct20451
                        157 Church Street
                        New Haven, Connecticut 06501
                        (203) 821-3700

<u>ORDER</u>

_____The Government's motion for destruction of firearm(s)/ ammunition having been reviewed, notice having been given to the possessor/owner of the firearm(s) and/or ammunition and good cause having been shown,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation is directed to forward the firearms(s) and/or ammunition identified in the Government's motion to the FBI Laboratory in Washington, D.C. for destruction in accordance with its established procedure.

SO ORDERED this _____ day of _____, 2006 at Hartford, Connecticut


_____
CHRISTOPHER F. DRONEY
United States District Judge

CERTIFICATE OF SERVICE

The foregoing "Government's motion for Order to Destroy Firearm(s)/Ammunition" was mailed, postage prepaid, this 24th day of February, 2006, to Jose M. Rojas, Esq., The Rojas Law Firm, 2074 Park Street, Hartford, CT 06106.


_____/s/_____
RAYMOND F. MILLER
ASSISTANT UNITED STATES ATTORNEY