294

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB 27 A 11: 39
DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No 3:02cr257 (CFD) |
| COURTNEY ASHLEY | : | |
| | : | |

GOVERNMENT'S MOTION FOR ORDER
TO DESTROY FIREARM

The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the following firearm:

> Remington .45 caliber handgun
> Serial number 790076
> and magazine with seven rounds of ammunition

The government submits the following in support of this motion.

1. The firearm has come into the possession of the FBI as evidence during the course of the now-resolved criminal case. The continued retention of the firearm in the New Haven Office poses an ever-increasing problem with regard to proper security for the firearm and the space available for other duties of this office.

2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

Granted. So ordered.
/s/ 3/13/06

FILED 2006 MAR 14 A 8:55 DISTRICT COURT

02CR257 end 296